17-0168M JEC/ms

STATE OF ILLINOIS     )
                        ) §
COUNTY OF MADISON    )

e-Filed
Pohlman
Case No: 2017L 000566
Trans ID: 299148
Date: May 01 2018
Mark Von Nida
Clerk of Circuit Court
Third Judicial Circuit,
Madison County Illinois
Deposited: 05-01-2018
11:07:58

e-Served
by MyDocFileServe
299148
May 01 2018 09:48 AM

IN THE CIRCUIT COURT, THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

BRUCE BETZNER and BARBARA BETZNER,

              Plaintiffs,

      vs.

A.O. SMITH CORPORATION;
A.W. CHESTERTON COMPANY;
BALDOR ELECTRIC COMPANY;
BEAZER EAST, INC., formerly known as KOPPERS
        COMPANY, INC.;
BMI REFRACTORY SERVICES, INC., Successor-in-
        Interest to ADIENCE, INC.;
BORGWARNER MORSE TEC LLC, Successor-by-Merger
        to BORG-WARNER CORPORATION;
CARRIER CORPORATION, a Delaware Corporation;
CBS CORPORATION, a Delaware Corporation, f/k/a
        VIACOM INC., Successor by Merger to CBS
        CORPORATION, a Pennsylvania Corporation,
        f/k/a WESTINGHOUSE ELECTRIC
        CORPORATION;
CERTAINTEED CORPORATION;
CLEAVER-BROOKS, INC.;
COLUMBUS MC KINNON CORPORATION, Individually,
        and as the alleged Successor-in-Interest to
        LIFT-TECH INTERNATIONAL, INC.;
COOPER INDUSTRIES INC., Individually, and as
        Successor-in-Interest to LECTROMELT
        FURNACE COMPANY, a Division of McGRAW-
        EDISON;
COOPER INDUSTRIES, LLC, Successor-in-Interest to
        COOPER INDUSTRIES INC. and CROUSE-HINDS
        COMPANY;
CRANE CO.;
DANA COMPANIES, LLC;
DAP, INC.;
DURO DYNE, INC.;
**EATON AEROQUIP LLC, Individually, and as Successor-**
        **in-Interest to AEROQUIP CORPORATION;**
EATON CORPORATION, Individually, and as Successor-
        in-Interest to CUTLER HAMMER, INC.;

IN RE:   ASBESTOS LITIGATION

NO:     17 L 000566

FERRO ENGINEERING, a Division of ON MARINE
    SERVICES COMPANY, a Delaware corporation;
FMC CORPORATION, Individually, and as Successor-in-
    Interest to CHICAGO PUMP COMPANY;
FOSECO, INC.;
FOSTER WHEELER ENERGY CORPORATION;
GARDNER DENVER, INC.;
GENERAL ELECTRIC COMPANY;
GENUINE PARTS CO.;
GRINNELL LLC;
H.B. FULLER COMPANY;
**HAMILTON SUNDSTRAND CORPORATION;**
**HENKEL CORPORATION, Individually, and as**
    **Successor-in-Interest to HYSOL**
    **CORPORATION;**
HENRY PRATT COMPANY;
**HEXCEL CORPORATION;**
**IMO INDUSTRIES, INC., Individually, and as Successor-**
    **in-Interest to ADEL FASTENERS;**
INGERSOLL-RAND COMPANY;
ITT CORPORATION f/k/a BELL & GOSSETT PUMP
    COMPANY;
JOHN CRANE, INC. f/k/a CRANE PACKING COMPANY;
LINDBERG;
METROPOLITAN LIFE INSURANCE CO.;
MUELLER CO., LTD.;
OCCIDENTAL CHEMICAL CORPORATION (DUREZ
    DIVISION);
**PNEUMO-ABEX, as Successor-in-Interest to ABEX**
    **CORPORATION;**
RILEY POWER, INC.;
ROCKWELL AUTOMATION, INC., as Successor-in-
    Interest to ALLEN BRADLEY COMPANY;
RSCC WIRE & CABLE, INC. f/k/a ROCKBESTOS
    SURPRENANT CABLE CORPORATION;
SCHNEIDER ELECTRIC USA, INC., f/k/a SQUARE D
    COMPANY;
**THE BOEING COMPANY;**
THE J.R. CLARKSON COMPANY, Successor-by-Merger
    to ANDERSON, GREENWOOD & COMPANY;
THE OKONITE COMPANY, INC.;
TRANE U.S., INC.;
UNION CARBIDE CORPORATION;
UNIROYAL, INC.;
UNITED STATES STEEL CORPORATION;
**UNITED TECHNOLOGIES CORPORATION, Individually,**
    **and as Successor-in-Interest to SUNSTRAND**
    **CORPORATION, and as Successor-in-Interest**
    **to HAMILTON SUNDSTRAND CORPORATION;**

UNITED TECHNOLOGIES CORPORATION-HAMILTON
SUNDSTRAND DIVISION;
WHITING CORPORATION;
WHITING EQUIPMENT CANADA, INC.;

Defendants.

## FIRST AMENDED COMPLAINT AT LAW

### COUNT 1
### (Civilian Exposure)

NOW COMES the Plaintiff, BRUCE BETZNER, by and through his attorneys, COONEY and CONWAY, and for his cause of action against the Defendants, individually and concurrently, states:

1.     The Plaintiff, BRUCE BETZNER, resides in Arlington, Texas.

2.     The Plaintiff, BRUCE BETZNER, was employed from 1963 to 2002, in various capacities, including laborer, tool and template maker, manufacturing engineer, foreman, and manager, at various locations.

3.     During the course of his employment, non-occupational work projects (including, but not limited to, home and automotive repairs, maintenance and remodeling) and/or in other ways, the Plaintiff was exposed to and inhaled, ingested or otherwise absorbed asbestos fibers emanating from certain products he was working with and around that were manufactured, sold, distributed, marketed or installed by the Defendants: A.W. CHESTERTON COMPANY; CRANE CO.; H.B. FULLER COMPANY; UNION CARBIDE CORPORATION; CERTAINTEED CORPORATION; UNIROYAL, INC.; JOHN CRANE, INC. f/k/a CRANE PACKING COMPANY;  DANA COMPANIES, LLC; DAP, INC.; INGERSOLL-RAND COMPANY; GARDNER DENVER, INC.; ITT CORPORATION f/k/a BELL & GOSSETT PUMP COMPANY; FMC CORPORATION, Individually, and as Successor-in-Interest to CHICAGO PUMP COMPANY; GENERAL ELECTRIC COMPANY; CBS CORPORATION, a Delaware Corporation, f/k/a VIACOM INC., Successor by Merger to CBS CORPORATION, a Pennsylvania Corporation, f/k/a WESTINGHOUSE ELECTRIC CORPORATION;  THE J.R. CLARKSON COMPANY, Successor-by-Merger to ANDERSON, GREENWOOD & COMPANY; GRINNELL LLC; MUELLER CO., LTD.; HENRY PRATT COMPANY; FOSTER WHEELER ENERGY CORPORATION; RILEY POWER,

INC.; CLEAVER-BROOKS, INC.; A.O. SMITH CORPORATION; TRANE U.S., INC.; CARRIER CORPORATION, a

Delaware Corporation; COOPER INDUSTRIES, LLC, Successor-in-Interest to COOPER INDUSTRIES INC. and

CROUSE-HINDS COMPANY; THE OKONITE COMPANY, INC.; UNITED STATES STEEL CORPORATION; RSCC

WIRE & CABLE, INC. f/k/a ROCKBESTOS SURPRENANT CABLE CORPORATION; SCHNEIDER ELECTRIC USA,

INC., f/k/a SQUARE D COMPANY; OCCIDENTAL CHEMICAL CORPORATION (DUREZ DIVISION); ROCKWELL

AUTOMATION, INC., as Successor-in-Interest to ALLEN BRADLEY COMPANY; EATON CORPORATION,

Individually, and as Successor-in-Interest to CUTLER HAMMER, INC.; DURO DYNE, INC.; BEAZER EAST, INC.,

formerly known as KOPPERS COMPANY, INC.; FOSECO, INC.; FERRO ENGINEERING, a Division of ON

MARINE SERVICES COMPANY, a Delaware corporation; BMI REFRACTORY SERVICES, INC., Successor-in-

Interest to ADIENCE, INC.; LINDBERG; COOPER INDUSTRIES INC., Individually, and as Successor-in-Interest

to LECTROMELT FURNACE COMPANY, a Division of McGRAW-EDISON; COLUMBUS MC KINNON

CORPORATION, Individually, and as the alleged Successor-in-Interest to LIFT-TECH INTERNATIONAL, INC.;

BORGWARNER MORSE TEC LLC, Successor-by-Merger to BORG-WARNER CORPORATION; GENUINE PARTS

CO.; WHITING CORPORATION; WHITING EQUIPMENT CANADA, INC.; BALDOR ELECTRIC COMPANY;

EATON AEROQUIP LLC, Individually, and as Successor-in-Interest to AEROQUIP CORPORATION; HAMILTON

SUNDSTRAND CORPORATION; HENKEL CORPORATION, Individually, and as Successor-in-Interest to HYSOL

CORPORATION; HEXCEL CORPORATION; IMO INDUSTRIES, INC., Individually, and as Successor-in-Interest

to ADEL FASTENERS; PNEUMO-ABEX, as Successor-in-Interest to ABEX CORPORATION; THE BOEING

COMPANY; UNITED TECHNOLOGIES CORPORATION, Individually, and as Successor-in-Interest to

SUNSTRAND CORPORATION, and as Successor-in-Interest to HAMILTON SUNDSTRAND CORPORATION,

and UNITED TECHNOLOGIES CORPORATION-HAMILTON SUNDSTRAND DIVISION ("Defendants"). (See

Exhibit "A" Attached Hereto).

     4.     At all times herein set forth, the Defendants' products were being employed in the

manner and for the purposes for which they were intended.

5.      BRUCE BETZNER's exposure to and inhalation, ingestion or absorption of the asbestos fibers emanating from the above-mentioned products was foreseeable and could or should have been anticipated by the Defendants.

6.      The Defendants knew or should have known that the asbestos fibers contained in their products had a toxic, poisonous and highly deleterious effect upon the health of persons inhaling, ingesting or otherwise absorbing them.

7.      The Plaintiff, BRUCE BETZNER, suffered from an asbestos-related disease, including Mesothelioma, and became aware of said disease on or about March 6, 2017, and, subsequently thereto, became aware that the same was wrongfully caused.

8.      At all times herein relevant, the Defendants had a duty to exercise reasonable care and caution for the safety of the Plaintiff and others working with and around the asbestos-containing products of the Defendants.

9.      The Defendants failed to exercise ordinary care and caution for the safety of BRUCE BETZNER in one or more of the following respects:

(a)      Included asbestos in their products, even though it was foreseeable and could or should have been anticipated that persons such as BRUCE BETZNER working with or around them would inhale, ingest or otherwise absorb asbestos;

(b)      Included asbestos in their products when the Defendants knew or should have known that said asbestos fibers would have a toxic, poisonous and highly deleterious effect upon the health of persons inhaling, ingesting or otherwise absorbing them;

(c)      Included asbestos in their products when adequate substitutes for the asbestos in them was available;

(d)      Failed to provide any or adequate warnings to persons working with and around the products of the dangers of inhaling, ingesting or otherwise absorbing the asbestos fibers contained in them;

(e)      Failed to provide any or adequate instructions concerning the safe methods of working with and around the products, including specific instructions on how to avoid inhaling, ingesting or otherwise absorbing the asbestos fibers in them; and,

(f)   Failed to conduct tests on the asbestos-containing products manufactured, sold, delivered or installed by the Defendants in order to determine the hazards to which workers such as BRUCE BETZNER might be exposed while working with the products.

(g)   Marketed and/or distributed a product containing asbestos fibers;

(h)   Failed to provide instruction as to what appropriate apparel, if any, would be safe to wear while using and/or working in proximity to the Defendants' products;

(i)   Failed to develop alternative, non-asbestos containing products in a timely manner;

(j)   Failed to inform users that asbestos containing products caused asbestosis and cancer in laboratory animals and humans; and,

(k)   Failed to provide safe packaging for its products.

10.   That as a direct and proximate result of one or more of the foregoing acts or omissions on the part of the defendants, BRUCE BETZNER was exposed to and inhaled, ingested or otherwise absorbed asbestos fibers causing BRUCE BETZNER to develop Mesothelioma; BRUCE BETZNER is compelled to expend and become liable for large sums of monies for hospital, medical and other health care services necessary for the treatment of his asbestos-induced disease and conditions; BRUCE BETZNER experiences great physical pain and mental anguish as a result of the inhalation, ingestion and absorption of said asbestos fibers; that as a further result of his asbestos-induced disease and conditions, BRUCE BETZNER is hindered from enjoying his normal life activities and routines; lastly, his family has been deprived of his means of support.

WHEREFORE, the Plaintiff, BRUCE BETZNER, demands judgment against the Defendants, in an amount in excess of jurisdictional amount, plus costs.

<u>COUNT 2</u>
<u>(Exposure while Serving in the U.S. Marine Corps Reserve)</u>

NOW COMES the Plaintiff, BRUCE BETZNER, by and through his attorneys, COONEY and CONWAY, and for his cause of action against the Defendants, individually and concurrently, states:

1.   The Plaintiff, BRUCE BETZNER, served in the United States Marine Corps Reserve in 1966.

2.      During the course of his service, the Plaintiff was exposed to and inhaled, ingested or otherwise absorbed asbestos fibers emanating from certain products he was working with and around that were manufactured, sold, distributed, marketed or installed by the Defendants: A.W. CHESTERTON COMPANY; H.B. FULLER COMPANY; UNION CARBIDE CORPORATION; CERTAINTEED CORPORATION; UNIROYAL, INC.; JOHN CRANE, INC. f/k/a CRANE PACKING COMPANY;  DANA COMPANIES, LLC; DAP, INC.; INGERSOLL-RAND COMPANY; GARDNER DENVER, INC.; ITT CORPORATION f/k/a BELL & GOSSETT PUMP COMPANY; FMC CORPORATION, Individually, and as Successor-in-Interest to CHICAGO PUMP COMPANY; GENERAL ELECTRIC COMPANY; CBS CORPORATION, a Delaware Corporation, f/k/a VIACOM INC., Successor by Merger to CBS CORPORATION, a Pennsylvania Corporation, f/k/a WESTINGHOUSE ELECTRIC CORPORATION;  THE J.R. CLARKSON COMPANY, Successor-by-Merger to ANDERSON, GREENWOOD & COMPANY; GRINNELL LLC; MUELLER CO., LTD.; HENRY PRATT COMPANY; FOSTER WHEELER ENERGY CORPORATION; RILEY POWER, INC.; CLEAVER-BROOKS, INC.; A.O. SMITH CORPORATION; TRANE U.S., INC.; CARRIER CORPORATION, a Delaware Corporation; COOPER INDUSTRIES, LLC, Successor-in-Interest to COOPER INDUSTRIES INC. and CROUSE-HINDS COMPANY; THE OKONITE COMPANY, INC.; UNITED STATES STEEL CORPORATION; RSCC WIRE & CABLE, INC. f/k/a ROCKBESTOS SURPRENANT CABLE CORPORATION; SCHNEIDER ELECTRIC USA, INC., f/k/a SQUARE D COMPANY; OCCIDENTAL CHEMICAL CORPORATION (DUREZ DIVISION); EATON CORPORATION, Individually, and as Successor-in-Interest to CUTLER HAMMER, INC.; DURO DYNE, INC.; BEAZER EAST, INC., formerly known as KOPPERS COMPANY, INC.; FOSECO, INC.; FERRO ENGINEERING, a Division of ON MARINE SERVICES COMPANY, a Delaware corporation; BMI REFRACTORY SERVICES, INC., Successor-in-Interest to ADIENCE, INC.; LINDBERG; COOPER INDUSTRIES INC., Individually, and as Successor-in-Interest to LECTROMELT FURNACE COMPANY, a Division of McGRAW-EDISON; COLUMBUS MC KINNON CORPORATION, Individually, and as the alleged Successor-in-Interest to LIFT-TECH INTERNATIONAL, INC.; BORGWARNER MORSE TEC LLC, Successor-by-Merger to BORG-WARNER CORPORATION; GENUINE PARTS CO.; WHITING CORPORATION; WHITING

EQUIPMENT CANADA, INC., and BALDOR ELECTRIC COMPANY ("Defendants").  (See Exhibit "B" Attached Hereto).

3.     At all times herein set forth, the Defendants' products were being employed in the manner and for the purposes for which they were intended.

4.     BRUCE BETZNER's exposure to and inhalation, ingestion or absorption of the asbestos fibers emanating from the above-mentioned products was foreseeable and could or should have been anticipated by the Defendants.

5.     The Defendants knew or should have known that the asbestos fibers contained in their products had a toxic, poisonous and highly deleterious effect upon the health of persons inhaling, ingesting or otherwise absorbing them.

6.     The Plaintiff, BRUCE BETZNER, suffered from an asbestos-related disease, including Mesothelioma, and became aware of said disease on or about March 6, 2017, and, subsequently thereto, became aware that the same was wrongfully caused.

7.     At all times herein relevant, the Defendants had a duty to exercise reasonable care and caution for the safety of the Plaintiff and others working with and around the asbestos-containing products of the Defendants.

8.     The Defendants failed to exercise ordinary care and caution for the safety of BRUCE BETZNER in one or more of the following respects:

> (a)     Failed to provide any or adequate warnings to persons working with and around the products of the dangers of inhaling, ingesting or otherwise absorbing the asbestos fibers contained in them;

> (b)     Failed to provide any or adequate warnings concerning the safe methods of working with and around the products, including specific instructions on how to avoid inhaling, ingesting or otherwise absorbing the asbestos fibers in them; and,

> (c)     Failed to warn users that asbestos containing products caused asbestosis and cancer in laboratory animals and humans; and,

9.      That as a direct and proximate result of one or more of the foregoing acts or omissions on the part of the defendants, BRUCE BETZNER was exposed to and inhaled, ingested or otherwise absorbed asbestos fibers causing BRUCE BETZNER to develop Mesothelioma; BRUCE BETZNER is compelled to expend and become liable for large sums of monies for hospital, medical and other health care services necessary for the treatment of his asbestos-induced disease and conditions; BRUCE BETZNER experiences great physical pain and mental anguish as a result of the inhalation, ingestion and absorption of said asbestos fibers; that as a further result of his asbestos-induced disease and conditions, BRUCE BETZNER is hindered from enjoying his normal life activities and routines; lastly, his family has been deprived of his means of support.

WHEREFORE, the Plaintiff, BRUCE BETZNER, demands judgment against the Defendants, in an amount in excess of jurisdictional amount, plus costs.

COUNT 3

NOW COMES the Plaintiff, BRUCE BETZNER, by and through his attorneys, COONEY AND CONWAY, and complaining of the Defendant, METROPOLITAN LIFE INSURANCE CO., alleges and says:

1.      BRUCE BETZNER contracted Mesothelioma as a result of his exposure to asbestos.

2.      Before Plaintiff worked with Defendants' products at the aforesaid jobsites, each of the Defendants knew that exposure to asbestos caused serious disease and death.

3.      Asbestos was present, and rendered airborne, at the aforesaid jobsites.

4.      Unarco Industries, Inc., Johns-Manville Corporation, Johns-Manville Sales Corporation, Raymark Industries, Inc. (formerly Raybestos-Manhattan, Inc.), Owens Corning, Pittsburgh Corning Corporation, United States Gypsum and T&N Ltd., are corporations, and they, or their corporate predecessors, were during the time relevant to the allegations herein, in the business of manufacturing and distributing asbestos and asbestos-containing products.

5.      Defendant, METROPOLITAN LIFE INSURANCE COMPANY, is a corporation.

6.      Hereafter "Conspirators" refers to each of the corporations named in paragraphs 4 through 5.

7.      BRUCE BETZNER was exposed to asbestos, including asbestos from one or more of the Conspirators.

8.      Exposure to asbestos is a cause of serious disease and death, including asbestosis and malignancies.

9.      The Mesothelioma from which BRUCE BETZNER suffers is an indivisible injury which resulted from the total and cumulative effect of all the asbestos to which he was exposed.

10.     Before BRUCE BETZNER's exposure to asbestos, Conspirators knew that exposure to asbestos caused serious disease and death.

11.     Conspirators knew that individuals exposed to asbestos were ignorant of the hazardous properties of asbestos.

12.     Before and during his exposure to asbestos, BRUCE BETZNER, was unaware that exposure to asbestos caused serious disease and death.

13.     The knowledge of the Conspirators included the following:

(a)     two or more Conspirators had been in the asbestos business for years and had directed manufacturing operations;

(b)     each had actual knowledge of asbestos disease and death among workers exposed to asbestos as early as the 1940's.

14.     Conspirators knew that asbestos was inherently dangerous and knew that under the decisional law of Illinois and other states, each was under a duty not to sell asbestos without providing adequate warning of its harmful qualities.

15.     Conspirators had employees who were exposed to asbestos dust and each of them had a statutory, regulatory, and decisional law duty to provide their employees with a safe place to work, or at the least, to warn the employees of the hazards presented by the presence of asbestos dust.

16.     Conspirators knew that if they adequately warned their own employees and other persons who were at risk of asbestos disease, the publication of such warning would cause workers to leave the industries using asbestos and therefore reduce the sale and usage of asbestos and cause those who were exposed through household and neighborhood exposures to press for the cessation of such exposures.

17.     Conspirators knowingly conspired and agreed among themselves to, among others:

    (a)     positively assert that which was not true, that it was safe for people to be exposed to asbestos and asbestos-containing products;

    (b)     suppress information about the harmful effects of asbestos causing people to be ignorant of that information.

18.     One or more of the Conspirators performed the following overt acts in furtherance of the conspiracy:

    (a)     sold asbestos products which were used at locations within the state of Illinois, where BRUCE BETZNER worked without warning of the hazards known to the seller;

    (b)     refused to warn its own employees about the hazards of asbestos known to it; among the employees who were not warned were those who worked within the state of Illinois;

    (c)     edited and altered the reports and drafts of publications initially prepared by Dr. Lanza concerning the hazards of asbestos during the 1930's;

    (d)     agreed in writing not to disclose the results of research on the effects of asbestos upon health unless the results suited their interests;

    (e)     obtained an agreement in the 1930's from the editors of ASBESTOS, the only trade magazine devoted exclusively to asbestos, that the magazine would never publish articles on the fact that exposure to asbestos caused disease, and sustained this agreement into the 1970's;

    (f)     suppressed the dissemination of a report by Dr. Gardner in 1943 which was critical of the concept that there was a safe level of asbestos exposure;

    (g)     through their control of the Asbestos Textile Institute (ATI), defeated further study of health of workers when William Hemeon graphically demonstrated the need for such study and dissemination of information in the 1940's;

(h)    edited and altered the reports and drafts of publications regarding asbestos and health initially prepared by Dr. Vorwald during 1948-1951; and

(i)    suppressed the results of the Fibrous Dust Studies conducted during 1966-74 by Industrial Hygiene Foundation, John-Manville, Raybestos Manhattan, Owens Corning, Pittsburgh Corning Corporation and PPG Industries, which results demonstrate and confirmed that exposure to asbestos caused cancer and asbestosis.

19.    The agreement and the acts done in furtherance of the agreement, including those performed in the State of Illinois, were proximate causes of the injury, specifically Mesothelioma.

WHEREFORE, the Plaintiff, BRUCE BETZNER, demands judgment against the Defendant, METROPOLITAN LIFE INSURANCE CO., in an amount in excess of jurisdictional amount, plus costs.

### COUNT 4

NOW COMES the Plaintiff, BARBARA BETZNER, by and through her attorneys, COONEY AND CONWAY, and for her cause of action against the Defendants, individually and concurrently, state:

1-10.    Plaintiff adopts and re-alleges paragraphs 1 to 10 of Count 1 as though fully set forth herein.

11.    BARBARA BETZNER was and is the lawfully wedded wife of BRUCE BETZNER.  As a result of the injuries sustained by BRUCE BETZNER, BARBARA BETZNER has been deprived of society, companionship and sexual relationship with her husband and will continue to be deprived in the future. BARBARA BETZNER, has suffered the loss of services of her husband, which had been prior to said injuries of great value to her, and has been caused to spend large sums of money in and about having the services performed for her which had previously been performed by her husband and will be compelled in the future to spend large sums of money for the services which her husband could and would have performed for her, and has been and will continue to be otherwise greatly injured, inconvenienced and harassed by means of the negligence and carelessness of the aforementioned Defendants.

WHEREFORE, the Plaintiff, BARBARA BETZNER, demands judgment against the Defendants, in an amount in excess of jurisdictional amount, plus costs.

## COUNT 5

NOW COMES the Plaintiff, BARBARA BETZNER, by and through her attorneys, COONEY AND

CONWAY, and for her cause of action against the Defendants, individually and concurrently, state:

1-9.     Plaintiff adopts and re-alleges paragraphs 1 to 9 of Count 2 as though fully set forth

herein.

10.     BARBARA BETZNER was and is the lawfully wedded wife of BRUCE BETZNER.  As a result

of the injuries sustained by BRUCE BETZNER, BARBARA BETZNER has been deprived of society,

companionship and sexual relationship with her husband and will continue to be deprived in the future.

BARBARA BETZNER, has suffered the loss of services of her husband, which had been prior to said injuries

of great value to her, and has been caused to spend large sums of money in and about having the services

performed for her which had previously been performed by her husband and will be compelled in the

future to spend large sums of money for the services which her husband could and would have performed

for her, and has been and will continue to be otherwise greatly injured, inconvenienced and harassed by

means of the negligence and carelessness of the aforementioned Defendants.

WHEREFORE, the Plaintiff, BARBARA BETZNER, demands judgment against the Defendants, in an

amount in excess of jurisdictional amount, plus costs.

## COUNT 6

NOW COMES the Plaintiff, BARBARA BETZNER, by and through her attorneys, COONEY AND

CONWAY, and for her cause of action against the Defendants, individually and concurrently, state:

1-19.     Plaintiff adopts and re-alleges paragraphs 1 to 19 of Count 3 as though fully set forth

herein.

20.    BARBARA BETZNER was and is the lawfully wedded wife of BRUCE BETZNER.  As a result of the injuries sustained by BRUCE BETZNER, BARBARA BETZNER has been deprived of society, companionship and sexual relationship with her husband and will continue to be deprived in the future. BARBARA BETZNER, has suffered the loss of services of her husband, which had been prior to said injuries of great value to her, and has been caused to spend large sums of money in and about having the services performed for her which had previously been performed by her husband and will be compelled in the future to spend large sums of money for the services which her husband could and would have performed for her, and has been and will continue to be otherwise greatly injured, inconvenienced and harassed by means of the negligence and carelessness of the aforementioned Defendants.

WHEREFORE, the Plaintiff, BARBARA BETZNER, demands judgment against the Defendants, in an amount in excess of jurisdictional amount, plus costs.

Respectfully submitted,

COONEY AND CONWAY

By: _____
     Attorneys for Plaintiff

Judith E. Conway
**COONEY AND CONWAY**
Attorneys for Plaintiff
120 N. LaSalle Street, 30th Floor
Chicago, IL 60602
ARDC No.: 6316970
jconway@cooneyconway.com

17-0168M
**BRUCE BETZNER and BARBARA BETZNER**

**EXHIBIT "A"**
Personal (Civilian) Exposure,
**BRUCE BETZNER**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| Kraft Foods<br>(Garland, TX) | 1963-1965 | **A.W. CHESTERTON COMPANY:**  Asbestos Containing Packings, Seals, Gaskets and Other Asbestos Containing Products |
| Central Freight Lines<br>(Irving, TX) | 1965-1966 | **CRANE CO.:** Cranite, Crane-Deming Pumps, Cochrane Asbestos Containing Feedwater Heaters, Deaerators, Heat Exchangers, Degasifiers, Valves, Asbestos Packings, |
| Ling Temco Vought<br>(Grand Prairie, TX) | 1967-1999 | Asbestos Cement, Asbestos Block, Asbestos Pipe Covering, Gaskets, Seals, Pumps, Boilers, Jenkins Valves, Pacific Boilers, Chapman Valves, and Other Asbestos Containing Products and Equipment |
| Vought Aircraft Industries<br>(Grand Prairie, TX) | 1999-2001 | **H.B. FULLER COMPANY:** Benjamin Foster Mastics, Compounds, Cement, Thin Set Cement and Other Asbestos Containing Products |
| Lockheed Martin<br>(Grand Prairie, TX) | 2001-2002 | **UNION CARBIDE CORPORATION:** Asbestos Containing Bakelite, Paper, Felt, Roll, Raw Asbestos Fibers and Other Asbestos Containing Products |
| | | **CERTAINTEED CORPORATION:** Asbestos Cement, Pipe, Pipe Covering, Shingles, Siding, Roofing Materials, Compounds, Bestwall Joint Compound, Flexible Train Line and Other Asbestos Containing Products |
| | | **UNIROYAL, INC.:** Asbestos Blankets, Cloth, Curtains, Paper, Felt and Other Asbestos Containing Products |
| | | **JOHN CRANE, INC. f/k/a CRANE PACKING COMPANY:** Asbestos Containing Packings, Seals, Gaskets and Other Asbestos Containing Products |
| | | **DANA COMPANIES, LLC:**  Asbestos Containing Victor Gaskets and Asbestos Containing Gaskets |
| | | **DAP, INC.:**  Asbestos Compounds and Other Asbestos Containing Products |
| | | **INGERSOLL-RAND COMPANY:**  Asbestos Containing Pumps, Turbines, Heat Exchangers, Compressors, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **GARDNER DENVER, INC.:**  Asbestos Containing Compressors, Heat Exchangers, Turbines, Vessels, Pumps, Pipe Covering, Block, Cement, Packing, Spray, Blankets, Gaskets and Other Asbestos Containing Products and Equipment |
| | | **ITT CORPORATION f/k/a BELL & GOSSETT PUMP COMPANY:** Asbestos Containing Valves, Heat Exchangers, Pumps, Boilers, HVAC Systems, Packings, Gaskets, Block, |

17-0168M
**BRUCE BETZNER and BARBARA BETZNER**

| Jobsite | Years | Defendant: Products |
|---------|-------|---------------------|
| | | Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **FMC CORPORATION, Individually, and as Successor-in-Interest to CHICAGO PUMP COMPANY:** Asbestos Containing Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **GENERAL ELECTRIC COMPANY:** Asbestos Containing Pumps, Turbines, Heat Exchangers, Vessels, Valves, Steam Traps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **CBS CORPORATION, a Delaware Corporation, f/k/a VIACOM INC., Successor by Merger to CBS CORPORATION, a Pennsylvania Corporation, f/k/a WESTINGHOUSE ELECTRIC CORPORATION:** Asbestos Containing Pumps, Turbines, Heat Exchangers, Vessels, Valves, Steam Traps, Packings, Gaskets, Block, Cement, Micarta Board, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **THE J.R. CLARKSON COMPANY, Successor-by-Merger to ANDERSON, GREENWOOD & COMPANY:** Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment |
| | | **GRINNELL LLC:** Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment |
| | | **MUELLER CO., LTD.:** Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment |
| | | **HENRY PRATT COMPANY:** Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment |
| | | **FOSTER WHEELER ENERGY CORPORATION:** Asbestos Containing Boilers, Condensers, Mills, Ejectors, Hoggers, Pumps, Heat Exchangers, Strainers, Economizers, Evaporators, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment |
| | | **RILEY POWER, INC.:** Asbestos Containing Boilers, Union Iron Works Boilers, Heat Exchangers, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment |
| | | **CLEAVER-BROOKS, INC.:** Asbestos Containing Boilers, Tanks, Deaerators, Pipe Covering, Block, Cement, Gaskets, |

17-0168M
**BRUCE BETZNER and BARBARA BETZNER**

| Jobsite | Years | Defendant: Products |
|---------|-------|---------------------|
| | | Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment **A.O. SMITH CORPORATION**: Asbestos Containing Boilers, Hot Water Heaters, Heat Exchangers, Tanks, Pipe Covering, Vessels, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment **TRANE U.S., INC.**: Asbestos Containing Boilers, Kewanee Boilers, American Standard Boilers, Heat Exchangers, Steam Traps, Air Handlers, Chillers, HVAC Systems, Cooling Towers, Pumps, Tanks, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment **CARRIER CORPORATION, a Delaware Corporation:** Asbestos Containing Cooling Towers, Asbestos Pipecovering, Asbestos Transite Board, Asbestos Block, Asbestos Cement, Asbestos Gaskets, Asbestos Boilers, Packings, Spray, Board, Blankets, HVAC Equipment and Other Asbestos Containing Materials **COOPER INDUSTRIES, LLC, Successor-in-Interest to COOPER INDUSTRIES INC., and CROUSE-HINDS COMPANY**: Asbestos Containing Explosion Proof Fittings, Compounds, Packings, Chico, Rope and Other Asbestos Containing Products and Equipment **THE OKONITE COMPANY, INC.**: Asbestos Containing Cable, Wire and Other Asbestos Containing Products **UNITED STATES STEEL CORPORATION**: Asbestos Containing Cable, Wire and Other Asbestos Containing Products Including Tiger Brand Wire and Amberbestos **RSCC WIRE & CABLE, INC. f/k/a ROCKBESTOS - SURPRENANT CABLE CORPORATION**: Asbestos Containing Explosion Proof Fittings, Compounds, Packings, Cable, Wire and Other Asbestos Containing Products and Equipment **SCHNEIDER ELECTRIC USA, INC., f/k/a SQUARE D COMPANY**: Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment **OCCIDENTAL CHEMICAL CORPORATION (DUREZ DIVISION):** Asbestos Containing Phenolic Resins, Molding Compounds, and Other Asbestos Containing Materials **ROCKWELL AUTOMATION, INC., as Successor-in Interest to ALLEN BRADLEY COMPANY:** Asbestos Containing Electrical Controls, Control Panels, Limit Switches, Relays, Arc Chutes, Disconnects, Insulating Board, Insulating Block and Paper **EATON CORPORATION, Individually, and as Successor-in-Interest to CUTLER-HAMMER, INC.:** |

17-0168M
**BRUCE BETZNER and BARBARA BETZNER**

| Jobsite | Years | Defendant: Products |
|---------|-------|---------------------|
| | | Asbestos Containing Switches, Breakers, Panels, Bakelite, Electrical Components and Other Asbestos Containing Materials |
| | | **DURO DYNE, INC.:** Asbestos Insulation Adhesives, Duct Sealers, Rope, Tape, Compounds, Flexible Duct Connectors, Sprays, Duct Fabric and Other Asbestos Containing Products |
| | | **BEAZER EAST, INC., formerly known as KOPPERS COMPANY, INC.:** Asbestos Containing Slag Lines, Fly Ash Systems, Blowers, Breechings, Gaskets, Packings, Block, Cement, precipitators, and other Asbestos Containing Products and Equipment |
| | | **FOSECO, INC:** Asbestos Containing Hot Tops, Gaskets, Liners, Sleeves, Board, Compounds, Cement, Slurry Mix and Other Asbestos Containing Products |
| | | **FERRO ENGINEERING, a Division of ON MARINE SERVICES COMPANY, a Delaware corporation:** Asbestos Containing Hot Tops, Gaskets, Liners, Sleeves, Board, Compounds, Cement, Slurry Mix and Other Asbestos Containing Products |
| | | **BMI REFRACTORY SERVICES, INC., Successor-in-Interest to ADIENCE, INC.:** Asbestos containing refractory brick, cements, castables, and other asbestos containing materials |
| | | **LINDBERG:** Asbestos Containing Furnaces, Refractory, Cement, Brick, Block, Blankets and Other Asbestos Containing Products and Equipment |
| | | **COOPER INDUSTRIES INC., Individually, and as Successor-in-Interest to LECTROMELT FURNACE COMPANY, a Division of McGRAW-EDISON:** Asbestos Containing Lectromelt Furnaces, Asbestos Containing Furnaces, Refractory, Cement, Brick, Block and Blankets and Other Asbestos Containing Products and Equipment |
| | | **COLUMBUS MC KINNON Corporation, Individually, and as the alleged Successor-in-Interest to LIFT-TECH INTERNATIONAL, INC.:** Asbestos Containing Brakes, Clutches, Gaskets, Cranes, Hoists, Earthmovers and Other Asbestos Containing Products and Equipment |
| | | **BORGWARNER MORSE TEC LLC, as Successor-by-Merger to BORG-WARNER CORPORATION:** Asbestos Clutches, Brake Linings, Brake Shoes, Pressure Plates and Other Asbestos Containing Products and Equipment |
| | | **GENUINE PARTS CO.:** Friction Products and Other Asbestos Containing Products |

17-0168M
**BRUCE BETZNER and BARBARA BETZNER**

| Jobsite | Years | Defendant: Products |
|---------|-------|---------------------|
| | | **WHITING CORPORATION:** Asbestos Containing Cupolas; Asbestos Block, Pipe Covering, Refractory, Firebrick, and Other Asbestos Containing Materials |
| | | **WHITING EQUIPMENT CANADA, INC.:** Asbestos containing electric arc furnaces, refractory cements, firebrick, insulation and gaskets |
| | | **BALDOR ELECTRIC COMPANY:** Asbestos Containing Brakes, Clutches, Gaskets, Motors, Switches, Windings, Bakelite, Phenolics, Relays, Insulation, and other Asbestos Containing Materials |
| | | **EATON AEROQUIP LLC, Individually, and as Successor-in-Interest to AEROQUIP CORPORATION:** Asbestos Containing Clamps, Fittings, Hoses, and other Asbestos containing materials |
| | | **HAMILTON SUNDSTRAND CORPORATION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials |
| | | **HENKEL CORPORATION, Individually, and as Successor-in-Interest to HYSOL CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials |
| | | **HEXCEL CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials |
| | | **IMO INDUSTRIES, INC., Individually, and as Successor-in-Interest to ADEL FASTENERS:** Asbestos containing clamps, connectors, fasteners, hoses, and other asbestos containing materials. |
| | | **PNEUMO-ABEX, as Successor-in-Interest to ABEX CORPORATION:** Asbestos Brake Linings, Clutches, Brake Blocks and Other Asbestos Containing Products and Equipment |
| | | **THE BOEING COMPANY:** Asbestos containing brakes, gaskets, heat shields, fire hoses, valves, and other asbestos containing products |
| | | **UNITED TECHNOLOGIES CORPORATION, Individually, and as Successor-in-Interest to SUNSTRAND CORPORATION, and as Successor-in-Interest to HAMILTON SUNDSTRAND CORPORATION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials |
| | | **UNITED TECHNOLOGIES CORPORATION-HAMILTON SUNDSTRAND DIVISION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, |

**17-0168M**
**BRUCE BETZNER and BARBARA BETZNER**

| Jobsite | Years | Defendant: Products |
|---------|-------|---------------------|
|  |  | Insulation, Shields, Wire, and other Asbestos containing materials |

| Jobsite | Years | Defendant: Products |
|---------|-------|---------------------|
| Home Renovations<br>• 1909 Cottonwood Street<br>  (Arlington, TX 76014) | 1970-1975 | **H.B. FULLER COMPANY:** Benjamin Foster Mastics, Compounds, Cement, Thin Set Cement and Other Asbestos Containing Products<br>**UNION CARBIDE CORPORATION:** Asbestos Containing Bakelite, Paper, Felt, Roll, Raw Asbestos Fibers and Other Asbestos Containing Products<br>**CERTAINTEED CORPORATION:** Asbestos Cement, Pipe, Pipe Covering, Shingles, Siding, Roofing Materials, Compounds, Bestwall Joint Compound, Flexible Train Line and Other Asbestos Containing Products<br>**DAP, INC.:** Asbestos Compounds and Other Asbestos Containing Products |

| Jobsite | Years | Defendant: Products |
|---------|-------|---------------------|
| Automotive Repair<br>• 1923 3rd Street<br>  (Garland, TX 75040)<br><br>• 1909 Cottonwood Street<br>  (Arlington, TX 76014) | 1963-1967<br><br>1970-1975 | **DANA COMPANIES, LLC:** Asbestos Containing Victor Gaskets and Asbestos Containing Gaskets<br>**BORGWARNER MORSE TEC LLC, as Successor-by-Merger to BORG-WARNER CORPORATION:** Asbestos Clutches, Brake Linings, Brake Shoes, Pressure Plates and Other Asbestos Containing Products and Equipment<br>**GENUINE PARTS CO.:** Friction Products and Other Asbestos Containing Products |

17-0168M
**BRUCE BETZNER and BARBARA BETZNER**

**EXHIBIT "B"**
Personal Exposure while in the U.S. Marine Corps Reserve,
**BRUCE BETZNER**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| U.S. Marine Corps Reserve<br>• Camp Pendleton, CA | 1966 | **A.W. CHESTERTON COMPANY:** Asbestos Containing Packings, Seals, Gaskets and Other Asbestos Containing Products<br>**H.B. FULLER COMPANY:** Benjamin Foster Mastics, Compounds, Cement, Thin Set Cement and Other Asbestos Containing Products<br>**UNION CARBIDE CORPORATION:** Asbestos Containing Bakelite, Paper, Felt, Roll, Raw Asbestos Fibers and Other Asbestos Containing Products<br>**CERTAINTEED CORPORATION:** Asbestos Cement, Pipe, Pipe Covering, Shingles, Siding, Roofing Materials, Compounds, Bestwall Joint Compound, Flexible Train Line and Other Asbestos Containing Products<br>**UNIROYAL, INC.:** Asbestos Blankets, Cloth, Curtains, Paper, Felt and Other Asbestos Containing Products<br>**JOHN CRANE, INC. f/k/a CRANE PACKING COMPANY:** Asbestos Containing Packings, Seals, Gaskets and Other Asbestos Containing Products<br>**DANA COMPANIES, LLC:** Asbestos Containing Victor Gaskets and Asbestos Containing Gaskets<br>**DAP, INC.:** Asbestos Compounds and Other Asbestos Containing Products<br>**INGERSOLL-RAND COMPANY:** Asbestos Containing Pumps, Turbines, Heat Exchangers, Compressors, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**GARDNER DENVER, INC.:** Asbestos Containing Compressors, Heat Exchangers, Turbines, Vessels, Pumps, Pipe Covering, Block, Cement, Packing, Spray, Blankets, Gaskets and Other Asbestos Containing Products and Equipment<br>**ITT CORPORATION f/k/a BELL & GOSSETT PUMP COMPANY:** Asbestos Containing Valves, Heat Exchangers, Pumps, Boilers, HVAC Systems, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**FMC CORPORATION, Individually, and as Successor-in-Interest to CHICAGO PUMP COMPANY:** Asbestos Containing Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |

17-0168M
**BRUCE BETZNER and BARBARA BETZNER**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | **GENERAL ELECTRIC COMPANY:** Asbestos Containing Pumps, Turbines, Heat Exchangers, Vessels, Valves, Steam Traps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**CBS CORPORATION, a Delaware Corporation, f/k/a VIACOM INC., Successor by Merger to CBS CORPORATION, a Pennsylvania Corporation, f/k/a WESTINGHOUSE ELECTRIC CORPORATION:** Asbestos Containing Pumps, Turbines, Heat Exchangers, Vessels, Valves, Steam Traps, Packings, Gaskets, Block, Cement, Micarta Board, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**THE J.R. CLARKSON COMPANY, Successor-by-Merger to ANDERSON, GREENWOOD & COMPANY:** Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment<br>**GRINNELL LLC:** Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment<br>**MUELLER CO., LTD.:** Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment<br>**HENRY PRATT COMPANY:** Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment<br>**FOSTER WHEELER ENERGY CORPORATION:** Asbestos Containing Boilers, Condensers, Mills, Ejectors, Hoggers, Pumps, Heat Exchangers, Strainers, Economizers, Evaporators, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment<br>**RILEY POWER, INC.:** Asbestos Containing Boilers, Union Iron Works Boilers, Heat Exchangers, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment<br>**CLEAVER-BROOKS, INC.:** Asbestos Containing Boilers, Tanks, Deaerators, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment<br>**A.O. SMITH CORPORATION:** Asbestos Containing Boilers, Hot Water Heaters, Heat Exchangers, Tanks, Pipe Covering, Vessels, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment |

17-0168M
**BRUCE BETZNER and BARBARA BETZNER**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | **TRANE U.S., INC.**: Asbestos Containing Boilers, Kewanee Boilers, American Standard Boilers, Heat Exchangers, Steam Traps, Air Handlers, Chillers, HVAC Systems, Cooling Towers, Pumps, Tanks, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment <br> **CARRIER CORPORATION, a Delaware Corporation:** Asbestos Containing Cooling Towers, Asbestos Pipecovering, Asbestos Transite Board, Asbestos Block, Asbestos Cement, Asbestos Gaskets, Asbestos Boilers, Packings, Spray, Board, Blankets, HVAC Equipment and Other Asbestos Containing Materials <br> **COOPER INDUSTRIES, LLC, Successor-in-Interest to COOPER INDUSTRIES INC., and CROUSE-HINDS COMPANY**: Asbestos Containing Explosion Proof Fittings, Compounds, Packings, Chico, Rope and Other Asbestos Containing Products and Equipment <br> **THE OKONITE COMPANY, INC.**: Asbestos Containing Cable, Wire and Other Asbestos Containing Products <br> **UNITED STATES STEEL CORPORATION**: Asbestos Containing Cable, Wire and Other Asbestos Containing Products Including Tiger Brand Wire and Amberbestos <br> **RSCC WIRE & CABLE, INC. f/k/a ROCKBESTOS - SURPRENANT CABLE CORPORATION**: Asbestos Containing Explosion Proof Fittings, Compounds, Packings, Cable, Wire and Other Asbestos Containing Products and Equipment <br> **SCHNEIDER ELECTRIC USA, INC., f/k/a SQUARE D COMPANY**: Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment <br> **OCCIDENTAL CHEMICAL CORPORATION (DUREZ DIVISION):** Asbestos Containing Phenolic Resins, Molding Compounds, and Other Asbestos Containing Materials <br> **EATON CORPORATION, Individually, and as Successor-in-Interest to CUTLER-HAMMER, INC.:** Asbestos Containing Switches, Breakers, Panels, Bakelite, Electrical Components and Other Asbestos Containing Materials <br> **DURO DYNE, INC.**: Asbestos Insulation Adhesives, Duct Sealers, Rope, Tape, Compounds, Flexible Duct Connectors, Sprays, Duct Fabric and Other Asbestos Containing Products <br> **BEAZER EAST, INC., formerly known as KOPPERS COMPANY, INC.**: Asbestos Containing Slag Lines, Fly Ash Systems, Blowers, Breechings, Gaskets, Packings, Block, Cement, precipitators, and other Asbestos Containing Products and Equipment |

17-0168M
**BRUCE BETZNER and BARBARA BETZNER**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | **FOSECO, INC**: Asbestos Containing Hot Tops, Gaskets, Liners, Sleeves, Board, Compounds, Cement, Slurry Mix and Other Asbestos Containing Products<br><br>**FERRO ENGINEERING, a Division of ON MARINE SERVICES COMPANY, a Delaware corporation**: Asbestos Containing Hot Tops, Gaskets, Liners, Sleeves, Board, Compounds, Cement, Slurry Mix and Other Asbestos Containing Products<br><br>**BMI REFRACTORY SERVICES, INC., Successor-in-Interest to ADIENCE, INC.**: Asbestos containing refractory brick, cements, castables, and other asbestos containing materials<br><br>**LINDBERG**: Asbestos Containing Furnaces, Refractory, Cement, Brick, Block, Blankets and Other Asbestos Containing Products and Equipment<br><br>**COOPER INDUSTRIES INC., Individually, and as Successor-in-Interest to LECTROMELT FURNACE COMPANY, a Division of McGRAW-EDISON**: Asbestos Containing Lectromelt Furnaces, Asbestos Containing Furnaces, Refractory, Cement, Brick, Block and Blankets and Other Asbestos Containing Products and Equipment<br><br>**COLUMBUS MC KINNON Corporation, Individually, and as the alleged Successor-in-Interest to LIFT-TECH INTERNATIONAL, INC.**: Asbestos Containing Brakes, Clutches, Gaskets, Cranes, Hoists, Earthmovers and Other Asbestos Containing Products and Equipment<br><br>**BORGWARNER MORSE TEC LLC, as Successor-by-Merger to BORG-WARNER CORPORATION**: Asbestos Clutches, Brake Linings, Brake Shoes, Pressure Plates and Other Asbestos Containing Products and Equipment<br><br>**GENUINE PARTS CO.**: Friction Products and Other Asbestos Containing Products<br><br>**WHITING CORPORATION**: Asbestos Containing Cupolas; Asbestos Block, Pipe Covering, Refractory, Firebrick, and Other Asbestos Containing Materials<br><br>**WHITING EQUIPMENT CANADA, INC.**: Asbestos containing electric arc furnaces, refractory cements, firebrick, insulation and gaskets<br><br>**BALDOR ELECTRIC COMPANY**: Asbestos Containing Brakes, Clutches, Gaskets, Motors, Switches, Windings, Bakelite, Phenolics, Relays, Insulation, and other Asbestos Containing Materials |