

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

**JUSTINE FLANAGAN**
**ACTING CLERK OF COURT**

**TEL: 618.482.9371**
**FAX: 618.482.9383**

**OFFICE OF THE CLERK**
**750 MISSOURI AVENUE**
**EAST ST. LOUIS, ILLINOIS 62201**

June 19, 2018

TO: Attorneys of Record

Re: *Betzner, et al v. The Boeing Company, et al*
State Court No.: 2017L566

On June 18, 2018, the above case was removed from the Madison County, Illinois state court to the United States District Court for the Southern District of Illinois and assigned civil case number 18-cv-1294-SMY-RJD.

If you are not already enrolled to use the Case Management/Electronic Case Filing ("CM/ECF") system in the Southern District of Illinois, you need to immediately obtain a login and password. Until you are registered, *you will not receive any pleadings filed in this case,* including orders, notices of hearings, and other important documents. Participation in CM/ECF is mandatory; all documents must be filed electronically. Note that you must be admitted to practice in the district (either generally or *pro hac vice*) in order to enroll in CM/ECF.

An online CM/ECF registration form is available on our website at www.ilsd.uscourts.gov. The CM/ECF User's Manual, the Electronic Filing Rules, and admission forms are also available on the website.

Please call the clerk's office at the number above if you have any questions.

Very truly yours,

*s/ Dana Winkeler*
Deputy Clerk

CV-13
Rev. 04/12